IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN NEEDLE, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>CAFEPRESS INC.,<br><br>      Defendant. | Case No. |

## COMPLAINT FOR PATENT INFRINGEMENT

American Needle, Inc. brings this patent-infringement action against CafePress Inc.

**Parties**

1. American Needle is an Illinois corporation with its principal place of business in Buffalo Grove, Illinois.

2. CafePress is a Delaware corporation with its principal place of business in Louisville, Kentucky.

**Jurisdiction and Venue**

3. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

4. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court may exercise personal jurisdiction over CafePress. This is because CafePress conducts continuous and systematic business in Illinois and this District. For example, CafePress sells customized coffee mugs to consumers in this

District. This patent-infringement claim arises directly from CafePress's continuous and systematic activity in this District. In short, this Court's exercise of jurisdiction over CafePress would be consistent with the Illinois long-arm statute, 735 ILCS § 5/2-209, and traditional notions of fair play and substantial justice.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2).

### Claim of Patent Infringement

7. American Needle is the exclusive owner of U.S. Patent 7,319,980 (the "'980 patent"), which is attached as Exhibit 1.

8. The '980 patent is valid and enforceable.

9. CafePress has and is directly infringing claims of the '980 patent. CafePress practices the method for facilitating sales to potential customers claimed in the '980 patent. CafePress uses a computer network server for facilitating sales of objects (*e.g.*, coffee mugs or apparel).

### Prayer for Relief

WHEREFORE, American Needle prays for the following relief against CafePress:

    (a) Judgment that CafePress has directly infringed claims of the '980 patent;

    (b) For a reasonable royalty;

    (c) For pre-judgment interest and post-judgment interest at the maximum rate allowed by law;

    (d) For such other and further relief as the Court may deem just and proper.

**Demand for Jury Trial**

American Needle demands a trial by jury on all matters and issues triable by jury.

Dated: May 5, 2015

Respectfully submitted,

By:_____

Matthew M. Wawrzyn (#6276135)
*mwawrzyn@siprut.com*
Stephen C. Jarvis (#6309321)
*sjarvis@siprut.com*
**S**IPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196
**www.siprut.com**

*Counsel for American Needle, Inc.*